**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 00-6712

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES HOWARD BURNETTE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CR-94-249-K, CA-99-3623-MJG)

_____

Submitted: September 8, 2000      Decided: September 18, 2000

_____

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Charles Howard Burnette, Appellant Pro Se. Mythili Raman, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Howard Burnette seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) as untimely under the AEDPA. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Burnette, Nos. CR-94-249-K; CA-99-3623-MJG (D. Md. May 11, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the order from which Burnette appeals was filed on May 10, 2000, it was entered on the district court's docket sheet on May 11, 2000. May 11, 2000, is therefore the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).